# EXHIBIT A

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
A. Marquez, Deputy
9/26/2022 11:26:32 AM
Filing ID 14898202

Jonathan Little
SAEED & LITTLE, LLP
#133 – 189 Market Street
Indianapolis, IN 46204
(317) 721-9214
jon@sllawfirm.com
AZ Bar No. 026044
*Lawyer for Plaintiff*

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

| | |
|---|---|
| ADRIENNE JENSEN, | |
| Plaintiff, | |
| | Case No. CV2022-012657 |
| v. | |
| | **CIVIL COMPLAINT** |
| UNITED STATES TENNIS ASSOCIATION, | |
| Defendant. | |

Comes now Plaintiff Adrienne Jensen, by counsel, and hereby submits this Complaint against Defendant United States Tennis Association and alleges the following:

### JURISDICTION AND VENUE

1. Maricopa County Superior Court has the legal authority to hear and decide this case because the Defendant does business in Maricopa County and the events that are the subject of this Complaint occurred in Maricopa County.

1

## DISCOVERY TIER

2. Pursuant to Arizona Rules of Civil Procedure, Rule 26.2(c)(3), the Court should assign my case to Tier 3 because I am claiming $300,000 or more in damages.

## PARTIES

3. The Plaintiff in this case is Adrienne Jensen, a natural person, a citizen of the United States, and a current resident of the State of Tennessee. She can be contacted and served through her counsel, Saeed & Little, LLP, #189 – 133 West Market Street, Indianapolis, Indiana 46204.

4. Defendant United States Tennis Association ("USTA") is a New York corporation that can be served at 70 West Red Oak Lane, White Plains, New York 10604.

## STATEMENT OF FACTS AND BREACH

5. Adrienne Jensen ("Ms. Jensen") began playing tennis when she was 3 or 4 years old.

6. Ms. Jensen began playing in USTA tournaments at 8 years old.

7. By 2009, at the age of 14, Ms. Jensen had become a nationally-ranked player.

8. Ms. Jensen had aspirations to play tennis at the highest collegiate levels.

9. The USTA is the National Governing Body ("NGB") for the sport of tennis in the United States.

10. Membership in the USTA is required to compete at USTA tournaments.

11. Membership in the USTA and participation in USTA tournaments is the only way to achieve and maintain a national ranking as a tennis player in the United States.

12. Achieving and maintaining a strong national ranking is a key factor in determining whether a player is accepted into a USTA tournament and affects that player's seeding (and therefore her chances of success).

13. Performing well at a USTA tournament is one of the best ways for a player to be noticed and recruited by college coaches and teams.

14. College coaches travel to Level 1 tournaments to recruit players.

15. The United States Olympic and Paralympic Committee ("USOPC", formerly – and at times relevant to this Complaint - the United States Olympic Committee ("USOC")) requires all NGBs, including the USTA, to train all its adult members, on sexual abuse and sexual abuse prevention.

16. The sexual abuse of minors by individuals in authority positions over them is a well-known problem in the United States.

17. Major media outlets have been reporting on sexual abuse in USOC-controlled NGBs, particularly United States Swimming and United States Gymnastics, since the early 1990s.

18. By 2010, sexual abuse in sports controlled by the USOC was an undeniable epidemic.[1]

---

[1] USA Swimming was featured on ABC's 20/20 in early 2010: https://www.youtube.com/watch?v=GqmzMtp6iyw

19. In 2010, the USOC commissioned a task force ("USOC Task Force") to prevent sexual abuse in sports controlled by the USOC and its NGBs.

20. The leader of the USOC Task Force understood the importance of her work, telling THE NEW YORK TIMES that sexual abuse of minors in NGB-controlled sports is a "grassroots problem" affecting "one million" kids. Lynn Zinser, U.S.O.C. to Take Steps to Protect Against Sexual Abuse, N.Y. TIMES, Sept. 28, 2010, at https://www.nytimes.com/2010/09/29/sports/29usoc.html.

21. The then-CEO of the USOC, Scott Blackmon, believed that the USOC and its NGBs would implement the changes suggested by the Task Force within six months.

22. The USOC Task Force recommended that the NGBs, including USTA:

   a. Develop policies and procedures to define and prohibit sexual abuse;

   b. Develop education training and programs for their adult members; and

   c. Develop policies and procedures for minors to report sexual abuse.

23. The USTA failed to implement any of the changes suggested by the Task Force.

24. The USTA failed to list their banned members publicly.

25. The USTA implemented a Safe Sport program called "Safe Play" sometime in or after 2014.

4

26. Upon information and belief, the USTA had no Safe Sport program until 2014.

27. USTA knew about, or was willfully blind to the existence of, many inappropriate relationships between underage minor members and older (often much older) adult members.

28. In 2010, the USTA did not have a policy prohibiting its adult members from being alone with children.

29. In 2010, the USTA did not have a policy prohibiting its adult members from traveling alone with children to and from tournaments it sanctioned.

30. In 2010, the USTA organized tournaments using multiple venues in the same cities, making it necessary for minor players to travel between venues.

31. In 2010, the USTA recommended hotels for tournaments it organized and knew that minor players would need to travel from their accommodations to the tournament venues.

32. In 2010, the USTA knew that it was common practice for adult USTA members acting as player coaches to travel to and from the tournament venues alone with the minor players.

33. In 2010, the USTA did not provide any shuttles or transportation for minor players to get to the tournament venues independently.

34. USTA denies that it knew anything about its minor players being abused until Ms. Jensen came forward in 2011.

35. In her "four-and-a-bit decades as a [tennis] player and commentator[,]" Pam Shriver (who was 17 when she began a relationship with her 50-year-old coach) has "witnessed dozens of instances" of abusive coaching relationships. *Hall of Fame tennis player Pam Shriver says she was in 'inappropriate, damaging' relationship with her coach when she was 17*, ESPN, https://www.espn.com/tennis/story/_/id/33773447/hall-fame-tennis-player-pam-shriver-says-was-inappropriate-damaging-relationship-coach-was-17.

36. In an interview with THE GUARDIAN in 2018, Judy Murray (a highly respected coach and mother of Andy and Jamie Murray, both former Wimbledon champions) "said it was an open secret that there was abuse in the women's game." *Tennis is due its own #MeToo moment, Judy Murray says*, THE GUARDIAN, https://www.theguardian.com/sport/2018/jul/02/tennis-is-due-its-own-metoo-moment-judy-murray-says.

37. At all relevant times, Ms. Jensen was a dues-paying member of the USTA.

38. A portion of Ms. Jensen's dues to the USTA was used to purchase insurance.

39. Included in the insurance purchased with Ms. Jensen's dues was specific insurance for sexual abuse.

40. In August of 2009, Ms. Jensen moved to Kansas City to train with Rex Haultain, a renowned coach from New Zealand and USTA member.

41. No USTA policy prevented Mr. Haultain from being alone with the minor Ms. Jensen.

6

42. No USTA policy prevented Mr. Haultain from sending inappropriate text messages to Ms. Jensen.

43. No USTA policy prevented Mr. Haultain from giving gifts to Ms. Jensen.

44. Ms. Jensen did not receive any education or training from USTA on appropriate interaction with adult members.

45. Ms. Jensen did not receive any education or training from USTA on what to do if an adult member abused, harassed, or otherwise exploited her.

46. Ms. Jensen felt immense pressure to please Haultain.

47. Haultain sent many inappropriate text messages to Ms. Jensen and showed her pictures of his penis.

48. Haultain made overt sexual advances towards Ms. Jensen, including (but not limited to):

    a. During a May 2010 plane ride on their way to a tournament in Las Vegas, Nevada, he put her hand on his penis while she pretended to be asleep;

    b. During a July 2010 tournament in Alabama, he came into her hotel room to give her a back massage and made her remove her bra;

    c. In the fall of 2010 during a car ride to St. Louis, he stroked her leg.

49. In December 2010, Ms. Jensen and Haultain were in Scottsdale, Arizona for a tournament.

50. Ms. Jensen was 15 years old at the time.

51. On December 26, 2010, Ms. Jensen was in her hotel room watching a movie when Haultain came in and lay on her bed.

52. Haultain began to hug Ms. Jensen tightly.

53. Haultain gradually became more sexual.

54. Haultain reached his hands into Ms. Jensen's pants.

55. Haultain began rubbing Ms. Jensen's buttocks and vagina.

56. Haultain told Ms. Jensen, "Just go with it," as she cried.

57. The next day, after Ms. Jensen's tennis matches, Haultain again trapped Ms. Jensen in her room.

58. Ms. Jensen did not know how to tell him, "No."

59. Ms. Jensen was afraid that Haultain would seek sexual and psychological retribution if she denied his sexual advances.

60. Haultain digitally penetrated Ms. Jensen's vagina.

61. Haultain made Ms. Jensen promise that she would not tell anyone what he had done.

62. Haultain was eventually arrested and pled guilty to one Federal Count of soliciting child pornography; he was ultimately sentenced to prison and subsequently deported to New Zealand.

**CLAIMS FOR RELIEF**

**Count 1: Negligence**

63. Plaintiff incorporates the foregoing paragraphs as though fully reproduced herein.

8

64. The USTA had a duty to protect Adrienne Jensen and all other minor members from sexual abuse, battery, harassment, and exploitation by its adult members, including Haultain.

65. The USTA breached this duty in the following non-exclusive ways:

    a. By failing to have policies and procedures in place to limit adult members' access to minor members;

    b. By failing to have policies and procedures in place to protect minors at its tournaments;

    c. By failing to have policies and procedures in place regarding text messaging between its adult and minor members;

    d. By failing to have policies and procedures in place regarding adult members being in the private hotel rooms of minor members;

    e. By failing to have policies and procedures in place regarding transportation arrangements at tournaments;

    f. By failing to provide training and resources to its minor members about safe and unsafe relationships with adult members;

    g. By failing to provide training and resources to its minor members about what to do if an unsafe situation with an adult member arises.

66. As a direct and proximate result of the USTA's breaches of duty, Ms. Jensen was sexually assaulted, molested, harassed, battered, and emotionally abused by Haultain.

67. Ms. Jensen suffered severe emotional distress and economic losses.

9

68. USTA's negligence was wilful and wanton.

69. Pursuant to A.R.S. § 12-514, this claim for relief is timely.

## DEMAND FOR RELIEF

**WHEREFORE** Plaintiff demands judgment against defendant for the following dollars, interest, costs and expenses incurred herein, including reasonable attorneys' fees, and for such and other further relief as the Court may deem just and proper.

70. Compensatory damages in an amount to be determined by a jury, but at least the jurisdictional amount of $300,000.00.

71. Punitive damages in an amount to be determined by a jury.

72. Interest, costs, expenses, and fees, to the extent the same may be allowed and awarded.


Dated August 8, 2022                s/ *Jonathan C. Little*
                                    Jonathan C. Little
                                    Lawyer for Plaintiff

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
9/26/2022 11:26:32 AM
Filing ID 14898206

Person/Attorney Filing: Jonathan C Little
Mailing Address: 133 W Market Street No. 189
City, State, Zip Code: Indianapolis, IN 46204
Phone Number: (317)721-9214
E-Mail Address: jon@sllawfirm.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 026044, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Adrienne Jensen
Plaintiff(s),
v.
United States Tennis Association
Defendant(s).

Case No. **CV2022-012657**

**SUMMONS**

To: United States Tennis Association

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *September 26, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *ARASELI MARQUEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
A. Marquez, Deputy
9/26/2022 11:26:32 AM
Filing ID 14898205

Person/Attorney Filing: Jonathan C Little
Mailing Address: 133 W Market Street No. 189
City, State, Zip Code: Indianapolis, IN 46204
Phone Number: (317)721-9214
E-Mail Address: jon@sllawfirm.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 026044, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

Adrienne Jensen
Plaintiff(s),
v.
United States Tennis Association
Defendant(s).

Case No. **CV2022-012657**

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Jonathan C Little /s/
Plaintiff/Attorney for Plaintiff

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
T. Hays, Deputy
10/14/2022 12:29:14 PM
Filing ID 14990356

SUPERIOR COURT OF ARIZONA
IN MARICOPA COUNTY

| | |
|---|---|
| ADRIENNE JENSEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. CV2022-012657 |
| | ) |
| UNITED STATES | ) |
| TENNIS ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |

**Affidavit of Service**

    I, <u>Ienny Ribon</u>, Legal Assistant to Jonathan Little, Annemarie Alonso and Jessica Wegg state that, in compliance with Ariz. R. Civ. P. 4.1(i) and the Rule of Civil Procedure FRCP 4(e)(2)(A), on October 12, 2022 the summons and complaint for the above-captioned case were served upon the following:

    Defendant / Respondent (Name):    UNITED STATES TENNIS ASSOCIATION

    By personally serving the above-named party at their last known address of: <u>70 West Red Oak Lane, White Plains, Westchester County, NY 10604</u> through ABC Legal, a personal server company in New York.

    A copy of the personal server's Declaration of Service is attached for this Court's reference.


Dated:     10/14/2022               Signature:  /s/ *Ienny Ribon*
                                                        Print Name: <u>Ienny Ribon</u>


Respectfully submitted,

/s/ *Jonathan Little*
Jonathan Little, Bar No.: 27421-49

| | | Court Stamp Here |
|---|---|---|
| | **DECLARATION OF SERVICE** | |
| | Notice: This document contains sensitive data | |
| Court | **SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR THE COUNTY OF MARICOPA** | |
| Plantiff | **ADRIENNE JENSEN** | |
| Defendant | **UNITED STATES TENNIS ASSOCIATION** | Case # **CV2022-012657** |
| Person to be Served | United States Tennis Association ("USTA") | |
| Manner of Service | **Personal** | Service Date/Time **10/12/2022   2:00 PM** |
| Documents | **SUMMONS;COMPLAINT;PLAINTIFF'S DEMAND FOR JURY TRIAL** | Service Fee **$75.00** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **12th day of October, 2022** at **2:00 PM** at the address of **70 West Red Oak Lane, White Plains, Westchester County, NY 10604**; the undersigned served the above described documents upon **United States Tennis Association ("USTA")** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Renee Beler** , **I delivered the documents to Renee Beler who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 80-120 lbs with glasses.  Legal team came down to accept.**.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of NY that the statement above is true and correct.

Date:  10/12/2022

_____

**Peter Bradian**
**108 main street Apt B, Tarrytown, NY 10591**

Ref  **REF-11076845**



 SAEED & LITTLE, LLP <ribon@sllawfirm.com>

Tracking # **0094839128**



**CERTIFICATE OF SERVICE**

The foregoing was filed using the Maricopa TurboCourt System October 14, 2022 and on the same date it will be served on the Defendant by regular mail at:

United States Tennis Association

70 West Red Oak Lane

White Plains, NY 10604

Respectfully submitted,

/s/ *Jonathan Little*
Jonathan Little
SAEED & LITTLE LLP
133 W Market Street, #189
Indianapolis, IN 46204
(317) 721-9214
jon@sllawfirm.com

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
T. Hays, Deputy
10/14/2022 12:29:14 PM
Filing ID 14990356

SUPERIOR COURT OF ARIZONA
IN MARICOPA COUNTY

| | |
|---|---|
| ADRIENNE JENSEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No. CV2022-012657 |
| v. | ) |
| | ) |
| UNITED STATES | ) |
| TENNIS ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |

**Affidavit of Service**

I, Ienny Ribon, Legal Assistant to Jonathan Little, Annemarie Alonso and Jessica Wegg state that, in compliance with Ariz. R. Civ. P. 4.1(i) and the Rule of Civil Procedure FRCP 4(e)(2)(A), on October 12, 2022 the summons and complaint for the above-captioned case were served upon the following:

Defendant / Respondent (Name):    UNITED STATES TENNIS ASSOCIATION

By personally serving the above-named party at their last known address of: 70 West Red Oak Lane, White Plains, Westchester County, NY 10604 through ABC Legal, a personal server company in New York.

A copy of the personal server's Declaration of Service is attached for this Court's reference.

Dated:    10/14/2022                    Signature:  /s/ Ienny Ribon
                                         Print Name:  Ienny Ribon


Respectfully submitted,

/s/ Jonathan Little
Jonathan Little, Bar No.: 27421-49

| | | | |
|---|---|---|---|
| | **DECLARATION OF SERVICE** | | Court Stamp Here |
| | Notice: This document contains sensitive data | | |
| Court | **SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR THE COUNTY OF MARICOPA** | | |
| Plantiff | **ADRIENNE JENSEN** | | |
| Defendant | **UNITED STATES TENNIS ASSOCIATION** | Case # | **CV2022-012657** |
| Person to be Served | United States Tennis Association ("USTA") | | |
| Manner of Service | **Personal** | Service Date/Time | **10/12/2022    2:00 PM** |
| Documents | **SUMMONS;COMPLAINT;PLAINTIFF'S DEMAND FOR JURY TRIAL** | Service Fee | **$75.00** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **12th day of October, 2022** at **2:00 PM** at the address of **70 West Red Oak Lane, White Plains, Westchester County, NY 10604**; the undersigned served the above described documents upon **United States Tennis Association ("USTA")** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Renee Beler** , **I delivered the documents to Renee Beler  who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 80-120 lbs with glasses.  Legal team came down to accept.**.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of NY that the statement above is true and correct.

Date: 10/12/2022

**Peter Bradian**
**108 main street Apt B, Tarrytown, NY 10591**

Ref  **REF-11076845**



 SAEED & LITTLE, LLP <ribon@sllawfirm.com>

Tracking # **0094839128**



## **CERTIFICATE OF SERVICE**

The foregoing was filed using the Maricopa TurboCourt System October 14, 2022 and on the same date it will be served on the Defendant by regular mail at:

United States Tennis Association

70 West Red Oak Lane

White Plains, NY 10604

Respectfully submitted,

/s/ *Jonathan Little*
Jonathan Little
SAEED & LITTLE LLP
133 W Market Street, #189
Indianapolis, IN 46204
(317) 721-9214
jon@sllawfirm.com